# 708 CASES REPORTED WITH BRIEF SYLLABI.

to dismiss appeal granted, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. ANGELIA RANDAZZO.— *Motion* to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. LOUIS I. ISQUITH.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. HERMAN GROSS.— Motion to dismiss appeal denied, with leave to renew unless appellant procure the record on appeal to be served on or before the 21st day of December, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. MAX WASSERMAN.— *Motion* to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. DANIEL McNAMEE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. CHARLES ADCOCK.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of JOSEPH E. SERGIO GUEVAS, JR. (JOAB H. BANTON, District Attorney, etc.).— Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of HERMAN BRANDT V. JAMES A. BEHA, as Superintendent of Insurance of the State of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HARRY WALTERS V. CLAIREMONT STERILIZED EGG COMPANY and Others.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of DELLORA R. GATES, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOANNES BROTHERS COMPANY V. ARTHUR H. LAMBORN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FRANCIS MERRILL and Others, V. MARY T. SUTPHEN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

A. A. GARAGE, INC., V. ALBERT HELLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH H. HAKIM V. CARL S. VIETOR and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH H. HAKIM V. CARL S. VIETOR and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

NELLIE SHEEHAN V. THE EAST 98TH ST. CORPORATION. THOMAS SHEEHAN V.

The East 98th St. Corporation.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Daniel T. Gilmartin and Others v. John J. Day.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of William F. Moore. In the Matter of Aronson v. The Board of Elections of the City of New York.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of William F. Moore. In the Matter of O'Neil v. The Board of Elections of the City of New York.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

United States Trust Company of New York, as Ancillary Administrator, etc., v. Ernest T. Greiner and Others, Impleaded with A. B. Leach & Co., Inc. — Motion for leave to appeal to the Court of Appeals granted; question certified. Motion for reargument denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Ernest Brewer Co., Inc., v. The H. C. Ervin Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Adolph Rosenbach v. Wertheimer, Plehn & Levy, Inc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Pierce Barron Gardiner v. Margaret (Also Known as Madge) Gardiner.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Gertrude Himmelman v. 540 West 146th St., Inc., and Others, Impleaded with Capital City Surety Company.— Motion granted; appellant's time to file and serve the papers on appeal is extended to November 27, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Exchange Bakery & Restaurant, Inc., v. Louis Riftin, Individually and as President, etc., and Others.— Motion granted pending determination by this court of the appeal herein, upon condition that the appeal be promptly brought on for argument. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Austin J. Hare and Others v. Hunter Manufacturing and Commission Company and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Francis L. Kohlman, as Trustee, etc., v. S. Parker Bremer and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Theola Bouton v. Regnor Realty Corporation.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Board of Transportation, etc. (53d Street and East River Route, etc.).— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

The City of New York, Appellant, v. Securities Investing Fund, Inc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Pierre C. Waddington, Appellant, v. James B. Regan, Respondent.— Judg-